UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-359-H

CASSANDRA SWAYZER LOVING                                                        PLAINTIFF

V.

WLOU-AM (ARCHIE DALE)                                                          DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff has filed a discrimination claim against WLOU Radio Station ("WLOU"), alleging that she was denied employment based upon her religion. The Court held an initial planning conference with the parties and explained to Plaintiff the type of evidence that would be necessary to prove her case. The Court suggested that Plaintiff obtain the services of an attorney on a contingent fee basis or at least talk with an attorney about her claim. The Court set a discovery deadline of June 1, 2007, which has now passed. After the discovery deadline, Defendant moved for summary judgment.

Defendant says that it refused to hire Plaintiff because she insisted upon keeping her finger nails at a length of about 3 1/2 inches. Plaintiff says that the nails are her trademark and they are related to her religious beliefs. Defendant argues that it has a perfect right to decline to hire Plaintiff based upon the appearance of her nails and that she has presented no evidence suggesting that they have a religious significance. *See Eatman v. United Parcel Service*, 194 F.Supp.2d 256 (S.D. N.Y., 2002) (where the court found that plaintiff could not prevail because he failed to show that his failure to follow a grooming policy was based upon a sincerely held

religious belief).

Though Plaintiff has not responded to Defendant's motion for summary judgment, that alone is not reason enough to sustain the motion. Plaintiff has presented no evidence or affidavit which suggests a sincerely held religious belief that requires long finger nails. The Court knows of no such religion. Consequently, a reasonable jury would have no evidentiary or logical basis for finding that Defendant's employment decision was somehow related to Plaintiff's religious beliefs.

Neither the facts nor the law would support Plaintiff's claims. Therefore, they should not go forward. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment is SUSTAINED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final order.

cc:     Plaintiff *Pro Se*
        Counsel of Record